IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAMUEL A. BEARD, | ) |
| Plaintiff, | ) |
| v. | ) No. 18-cv-01429 JPG |
| DANA SEALING MANUFACTURING LLC, d/b/a Dana Corporation Power Technology Group, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on the plaintiff's stipulation of dismissal (doc. 25). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, plaintiff has presented a stipulation of dismissal signed by all parties. Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: December 4, 2019

*s/ J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE